UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara J. Walker,

Plaintiff,

v.

Anoka-Hennepin Independent School District No. 11,

Defendants.

Civil No. 00-1095 JMR/FLN

**ORDER**

---

Jeffrey A. Hassan, Esq. Plaintiff.
Christopher J. Harristhal, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 11, 2000, on Plaintiff's Motion to Amend the Complaint, Amend the Pre-trial Schedule, Compel Discovery and for Fees [#12].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED in part and DENIED in part**, as follows:

1. Plaintiff's Motion to Compel Discovery [#12] is **GRANTED in part and DENIED in part** as follows:

   a. Insofar as the Motion seeks to Compel Responses to Interrogatories 7-11, it is **GRANTED**. Defendant will provide Plaintiff with historical data concerning minority hiring and retention statistics;

   b. Insofar as the Motion seeks the recovery of deleted electronic messages it is **DENIED**;

   c. Insofar as the Motion pertains to Interrogatory 1, it is **MOOT** in light of the Protective Order.

FILED DEC 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

2. Plaintiff's Motion to Amend the Pre-trial Schedule [#12] is **DENIED in part and GRANTED in part** as follows:
   a. Discovery shall be completed on or before March 1, 2001;
   b. All other previously scheduled dates shall remain the same;
   c. Insofar as the Motion pertains to agreed upon additional depositions, it is **GRANTED**.

3. Plaintiff's Motion for Fees [#12] is **DENIED**.

4. Plaintiff's Motion to Amend the Complaint [#12] is **GRANTED in part and DENIED in part** as follows:

   a. To the extent that the Defendant has not opposed the Motion, it is **GRANTED**;
   b. To the extent that the Motion pertains to adding claims for punitive damages, it is **DENIED**.

DATED: Dec. 14, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge