UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barbara J. Walker,

Plaintiff,

vs.

Anoka-Hennepin Independent
School District No. 11,

Defendants.

Civil No. 00-1095 JMR/FLN

**ORDER**

---

Jeffrey A. Hassan, Esq., for Plaintiff.
Christopher J. Harristhal, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 22, 2001, on Defendant's Motion in Limine to Exclude Pattern and Practice Evidence at Trial [#27].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. The Interrogatories that the Court ordered to be answered on December 14, 2000, will be answered in full within ten days of the date that this Order is signed;

2. Defendant's Motion in Limine to Exclude Pattern and Practice Evidence at Trial [#27] is **DENIED**;

3. Plaintiff's request for sanctions is **DENIED**;

The scope of discovery regarding pattern and practice evidence was a legitimate issue on which the parties held differing opinions. That issue has now been decided. The conduct of the parties regarding compliance with the December 14, 2000, order, and their conduct at the hearing on January 22, 2001, can only be described as petty bickering. Counsel have an obligation to

FILED JAN 30 2001
FRANCIS E. DOSAL, CLERK
JUDG
DEP

conduct themselves in such a way as to "secure the just, speedy, and inexpensive determination of every action." The court is confident that the parties will henceforth stop their bickering and complete discovery in an orderly and expeditious manner.

DATED: JAN 29, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge