UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Barbara J. Walker, Court File No: ~~99~~ 00-CV-1095 JMR/FLN

Plaintiff,

vs. **ORDER**

Anoka-Hennepin Independent
School District No. 11,

Defendant.

---

The above entitled matter came before the undersigned Judge of District Court on the Notice of Motion & Motion by Plaintiff for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure for District Courts.

Based upon the files, records and proceedings herein, it is hereby **ORDERED** that:

1. That Plaintiff's motion is granted.

2. That this action shall be dismissed without prejudice, and without costs to either party.

DATED: February 8th 2001

BY THE COURT

Hon. James M. Rosenbaum
Judge of District Court

FEB 0 9 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD FEB 0 9 2001
DEPUTY CLERK